UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHERYL E. VANCE, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | No. 3:14-CV-4278-B-BH |
| | ) | |
| PATRICK R. DONAHOE, | ) | |
| Postmaster General, | ) | |
|     Defendant. | ) | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The plaintiff's third *Application to Proceed In District Court Without Prepaying Fees or Costs*, filed January 12, 2015 (doc. 11), is **DENIED**, and the case will be dismissed without prejudice for failure to follow court orders by separate judgment.

SIGNED this 25th day of February, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE